**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE LUIS MEDINA-LARA, | No. 13-70491 |
| Petitioner, | Agency No. A079-361-360 |
| v. | |
| ERIC H. HOLDER, JR., Attorney General, | ORDER |
| Respondent. | |

Before:  NOONAN, HAWKINS, and CHRISTEN, Circuit Judges.

For reasons to be set forth in a disposition which will follow in due course, we grant Medina–Lara's petition for review because the government did not meet its burden to show that his California convictions constitute predicate offenses for purposes of removability under 8 U.S.C. § 1227(a)(2).  We, therefore, order the United States to release Medina–Lara from custody immediately.

**SO ORDERED.**